UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIRTUS INVESTMENT PARTNERS, INC. SECURITIES LITIGATION | Case No. 15-cv-1249 (WHP)<br><br>ECF Case |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, the Declaration of Shannon K. McGovern, Esq., dated October 6, 2017, and the exhibits attached thereto, the Declaration of Jeffrey T. Cerutti, dated October 6, 2017, and the exhibits attached thereto, the Declaration of Francis G. Waltman, dated October 5, 2017, and the exhibits attached thereto, the Declaration of Dr. Stephen J. Choi, dated October 5, 2017, and the exhibit attached thereto, and the Declaration of Russell J. Wermers, Ph.D., dated October 5, 2017, and the exhibits attached thereto, Defendants Virtus Investment Partners, Inc., Virtus Opportunities Trust, George R. Aylward, Michael A. Angerthal, Jeffrey T. Cerutti, and Francis G. Waltman (collectively, "Defendants"), by and through their undersigned attorneys, will move this Court, before the Honorable William H. Pauley III, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on January 18, 2018 at 2:00 p.m., for an Order granting Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

Dated: October 6, 2017
       New York, New York

                                            By: /s/ Joseph M. McLaughlin
                                                   Joseph M. McLaughlin
                                                   George S. Wang
                                                   Joshua M. Slocum
                                                   Shannon K. McGovern
                                                   Meredith D. Karp

                                            SIMPSON THACHER & BARTLETT LLP
                                            425 Lexington Avenue
                                            New York, NY 10017
                                            Tel.: 212-455-2000
                                            Fax: 212-455-2502

                                            *Attorneys for Defendants*