UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIRTUS INVESTMENT PARTNERS, INC. SECURITIES LITIGATION | Case No. 15-cv-1249 (WHP)<br><br>ECF Case |

**NOTICE OF CLASS REPRESENTATIVE'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, APPROVAL OF SETTLEMENT NOTICE TO THE CLASS, AND A HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT**

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated May 18, 2018, attached hereto as Exhibit 1; the Parties' agreed-upon proposed Order Preliminarily Approving Settlement and Providing for Notice, attached hereto as Exhibit 2; the accompanying memorandum of law; and all other papers and proceedings herein, Class Representative Arkansas Teachers Retirement System hereby moves this Court, under Rule 23 of the Federal Rules of Civil Procedure, for entry of an order: (i) granting preliminary approval of the Settlement; (ii) approving the form and manner of providing notice of the Settlement to the Class previously certified by the Court; and (iii) scheduling a hearing date for final approval of the Settlement and related events relevant thereto.

Dated: May 18, 2018

Respectfully submitted,

 /s/ Jesse L. Jensen
**BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP**
John C. Browne
Jesse L. Jensen
1251 Avenue of the Americas
New York, New York 10020
Tel:  (212) 554-1400
Fax:  (212) 554-1444
Email:  johnb@blbglaw.com
            jesse.jensen@blbglaw.com

**LABATON SUCHAROW LLP**
Michael H. Rogers
John J. Esmay
Claiborne R. Hane
140 Broadway
New York, New York 10005
Tel:  (212) 907-0700
Fax:  (212) 818-0477
Email: mrogers@labaton.com
            jesmay@labaton.com
            chane@labaton.com

*Co-Lead Counsel for Class Representative
Arkansas Teacher Retirement System*