UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIRTUS INVESTMENT PARTNERS, INC. SECURITIES LITIGATION | Case No. 15-cv-1249 (WHP) |

NOTICE OF CLASS REPRESENTATIVE'S MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND PLAN OF ALLOCATION

| **LABATON SUCHAROW LLP** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
|---|---|
| Michael H. Rogers<br>John J. Esmay<br>140 Broadway<br>New York, New York 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>Email: mrogers@labaton.com<br>         jesmay@labaton.com | John C. Browne<br>Jesse L. Jensen<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 554-1400<br>Fax: (212) 554-1444<br>Email: johnb@blbglaw.com<br>         jesse.jensen@blbglaw.com |

Dated:   September 19, 2018

PLEASE TAKE NOTICE that Class Representative Arkansas Teacher Retirement System ("Class Representative"), on behalf of itself and the other members of the certified Class, through counsel, will move this Court on October 24, 2018, before the Honorable William H. Pauley III, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a final Order and Judgment approving the Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation as fair, reasonable, and adequate.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Class Representative submits and is filing herewith the: (1) Memorandum of Law in Support of Class Representative's Motion for Final Approval of Class Action Settlement and Plan of Allocation, dated September 19, 2018; and (2) Joint Declaration of Michael H. Rogers and John C. Browne in Support of (I) Class Representative's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Class Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses, dated September 19, 2018, with annexed exhibits.

Proposed Orders will be submitted with Class Representative's reply submission on or before October 17, 2018, after the deadline for objecting has passed.

Dated: September 19, 2018                                Respectfully submitted,

                                                        */s/ Michael H. Rogers*
                                                        **LABATON SUCHAROW LLP**
                                                        Michael H. Rogers
                                                        John J. Esmay
                                                        140 Broadway
                                                        New York, New York 10005
                                                        Tel: (212) 907-0700
                                                        Fax: (212) 818-0477
                                                        Email: mrogers@labaton.com
                                                               jesmay@labaton.com

**BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP**
John C. Browne
Jesse L. Jensen
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
Email: johnb@blbglaw.com
         jesse.jensen@blbglaw.com

*Class Counsel and Co-Lead Counsel for Class Representative Arkansas Teacher Retirement System*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018, I caused the foregoing Notice of Class Representative's Motion for Final Approval of Class Action Settlement and Plan of Allocation to be served electronically through the Court's ECF system upon all registered ECF participants.

*/s/Michael H. Rogers*
Michael H. Rogers