**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE VIRTUS INVESTMENT PARTNERS, INC. SECURITIES LITIGATION | Case No. 15-cv-1249 (WHP) |

**NOTICE OF CLASS COUNSEL'S MOTION FOR AN AWARD**
**OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES**

**LABATON SUCHAROW LLP**

Michael H. Rogers
John J. Esmay
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
Email: mrogers@labaton.com
    jesmay@labaton.com

**BERNSTEIN LITOWITZ**
**BERGER & GROSSMANN LLP**

John C. Browne
Jesse L. Jensen
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
Email: johnb@blbglaw.com
    jesse.jensen@blbglaw.com

Dated:   September 19, 2018

PLEASE TAKE NOTICE that Labaton Sucharow LLP and Bernstein Litowitz Berger & Grossmann LLP, Court-appointed Class Counsel, will move this Court on October 24, 2018, before the Honorable William H. Pauley III, for entry of an Order, pursuant to Rules 23(h) and 54 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(4) ("PSLRA"): (1) awarding attorneys' fees; (2) paying litigation expenses incurred in prosecuting the Action; and (3) reimbursing Class Representative Arkansas Teacher Retirement System for its reasonable costs and expenses (including lost wages) directly related to the representation of the Class, pursuant to the PSLRA.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Class Counsel submit and are filing herewith the: (1) Memorandum of Law in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses, dated September 19, 2018; and (2) Joint Declaration of Michael H. Rogers and John C. Browne in Support of (I) Class Representative's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Class Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses, dated September 19, 2018, with annexed exhibits.

A proposed Order will be submitted with Class Counsel's reply submission on or before October 17, 2018, after the deadline for objecting has passed.

Dated: September 19, 2018                        Respectfully submitted,

                                                 */s/ Michael H. Rogers*
                                                 **LABATON SUCHAROW LLP**
                                                 Michael H. Rogers
                                                 John J. Esmay
                                                 140 Broadway
                                                 New York, New York 10005
                                                 Tel: (212) 907-0700
                                                 Fax: (212) 818-0477
                                                 Email: mrogers@labaton.com

jesmay@labaton.com

**BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP**
John C. Browne
Jesse L. Jensen
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
Email: johnb@blbglaw.com
        jesse.jensen@blbglaw.com

*Class Counsel and Co-Lead Counsel for
Class Representative Arkansas Teacher
Retirement System*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2018, I caused the foregoing Notice of Class

Counsel's Motion for An Award of Attorneys' Fees and Payment of Litigation Expenses to be

served electronically through the Court's ECF system upon all  registered ECF

participants.

*/s/Michael H. Rogers*
Michael H. Rogers

4